IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Latorey Greene, #292916, | ) | C/A No.: 1:19-3391-MGL-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Warden Michael Stephan, Major | ) | |
| Parrish, L.T. Williams, L.T. | ) | |
| Parker, Capt. Carter, Officer C. | ) | |
| Booker, Mrs. Collins, SGT. Barr, | ) | |
| Ms. Holmes, Ms. Washington, | ) | |
| S.G.T. Fox, Officer Durant, | ) | |
| McElveen, Dixon, McKenzie, K. | ) | |
| Rivers, Officer Janine Wrecsizs, L. | ) | |
| Johnson, Smith, Ms. Miller, Ms. | ) | ORDER |
| Marbley, Ms. Desia, McDuffie | ) | |
| (RN), Ms. Miller, W. Fulton, Ms. | ) | |
| Green, Officer Stuckey, Warden | ) | |
| Shepard, Major Clark, L.T. Belton, | ) | |
| Capt. Mack, S.G.T. Palmer, Capt. | ) | |
| Brightheart, S.G.T. Williams, | ) | |
| Officer Robinson, Samuel L. Soltis, | ) | |
| Micheal McCall, B. Lewis, J. Pate, | ) | |
| Ms. Ardis, S. Stokes, Nadine | ) | |
| Pridgen, Ann Hallman, Cheron M. | ) | |
| Hess, Warden McKie, David | ) | |
| Martinez, L.T. Freng, J. McRee, | ) | |
| and Dr. A. Compton, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This is a civil action filed by a state prisoner. Therefore, in the event that a limitations issue arises, Plaintiff shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court). Under Local Civ. Rule 73.02(B)(2)(e) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

The Clerk of Court is directed *not* to issue the summons at this time.

IT IS SO ORDERED.

Shiva V. Hodges

January 2, 2020                     Shiva V. Hodges
Columbia, South Carolina            United States Magistrate Judge