# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Latorey Greene *also known as Latorey Greene, Sr. also known as Latorey J. Greene, Sr.*, <br> *Plaintiff* <br> v. <br> Warden Michael Stephan *in his individual and official capacity*; Major Parrish *in his/her individual and official capacity*; L.T. Williams *in his/her individual and official capacity*; L.T. Parker *in his/her individual and official capacity*; Capt. Carter *in his/her individual and official capacity*; Officer C. Booker *in his/her individual and official capacity*; Mrs. Collins *in her individual and official capacity*; SGT. Barr *in his/her individual and official capacity*; Ms. Holmes *in her individual and official capacity*; Ms. Washington *in her individual and official capacity*; S.G.T. Fox *in his/her individual and official capacity*; Officer Durant *in his/her individual and official capacity*; McElveen *in his/her individual and official capacity*; Dixon *in his/her individual and official capacity*; McKenzie *in his/her individual and official capacity*; K. Rivers *in his/her individual and official capacity*; Janine Wrecsizs *in her individual and official capacity*; L. Johnson *in his/her individual and official capacity*; Smith *in his/her individual and official capacity*; Ms. Miller *in her individual and official capacity*; Ms. Marbley *in her individual and official capacity*; Ms. Desia *in her individual and official capacity*; McDuffie *(RN) in her individual and official capacity*; Ms. Miller *in her individual and official capacity*; W. Fulton *in his/her individual and official capacity*; Ms. Green *in her individual and official capacity*; Officer Stuckey *in his/her individual and official capacity*; Warden Shepard *in his/her individual and official capacity*; Major Clark *in his/her individual and official capacity*; L.T. Belton *in his/her individual and official capacity*; Capt. Mack *in his/her individual and official capacity*; S.G.T. Palmer *in his/her individual and official capacity*; Capt. Brightheart *in his/her individual and official capacity*; S.G.T. Williams *in his/her individual and official capacity*; Officer Robinson *in his/her individual and official capacity*; Samuel L. Soltis *in his individual and official capacity*; Michael McCall; B. Lewis *in his/her individual and official capacity;* J. Pate *in his/her individual and official capacity*; Ms. Ardis *in her individual and official capacity*; S. Stokes *in his/her individual and official capacity*; Nadine Pridgen *in her individual and official capacity*; Ann Hallman *in her individual and official capacity*; Cheron M. Hess *in his/her individual and official capacity*; Warden McKie *in his/her individual and official capacity*; David Martinez *in his individual and official capacity*; L.T. Freng *in his/her individual and official capacity*; J. McRee *in his/her individual and official capacity*; Dr. A. Compton *in his/her individual and official capacity*, <br> *Defendants* | ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.      1:19-cv-03391-MGL |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Latorey Greene *also known as Latorey Greene, Sr. also known as Latorey J. Greene, Sr.,* shall take nothing of the defendants, Warden Michael Stephan *in his individual and official capacity*; Major Parrish *in his/her individual and official capacity*; L.T. Williams *in his/her individual and official capacity*; L.T. Parker *in his/her individual and official capacity*; Capt. Carter *in his/her individual and official capacity*; Officer C. Booker *in his/her individual and official capacity*; Mrs. Collins *in her individual and official capacity*; SGT. Barr *in his/her individual and official capacity*; Ms. Holmes *in her individual and official capacity*; Ms. Washington *in her individual and official capacity*; S.G.T. Fox *in his/her individual and official capacity*; Officer Durant *in his/her individual and official capacity*; McElveen *in his/her individual and official capacity*; Dixon *in his/her individual and official capacity*; McKenzie *in his/her individual and official capacity*; K. Rivers *in his/her individual and official capacity*; Janine Wrecsizs *in her individual and official capacity*; L. Johnson *in his/her individual and official capacity*; Smith *in his/her individual and official capacity*; Ms. Miller *in her individual and official capacity*; Ms. Marbley *in her individual and official capacity*; Ms. Desia *in her individual and official capacity*; McDuffie *(RN) in her individual and official capacity*; Ms. Miller *in her individual and official capacity*; W. Fulton *in his/her individual and official capacity*; Ms. Green *in her individual and official capacity*; Officer Stuckey *in his/her individual and official capacity*; Warden Shepard *in his/her individual and official capacity*; Major Clark *in his/her individual and official capacity*; L.T. Belton *in his/her individual and official capacity*; Capt. Mack *in his/her individual and official capacity*; S.G.T. Palmer *in his/her individual and official capacity*; Capt. Brightheart *in his/her individual and official capacity*; S.G.T. Williams *in his/her individual and official capacity*; Officer Robinson *in his/her individual and official capacity*; Samuel L. Soltis *in his individual and official capacity*; Michael McCall; B. Lewis *in his/her individual and official capacity;* J. Pate *in his/her individual and official capacity*; Ms. Ardis *in her individual and official capacity*; S. Stokes *in his/her individual and official capacity*; Nadine Pridgen *in her individual and official capacity*; Ann Hallman *in her individual and official capacity*; Cheron M. Hess *in his/her individual and official capacity*; Warden McKie *in his/her individual and official capacity*; David Martinez *in his individual and official capacity*; L.T. Freng *in his/her individual and official capacity*; J. McRee *in his/her individual and official capacity*; Dr. A. *Compton in his/her individual and official capacity* and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint for failure to prosecute.

Date:   January 22, 2020                                                                *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                              s/L. Baker
                                                                                              _____
                                                                                                  *Signature of Clerk or Deputy Clerk*